64 So.2d 622

## William H. SMITH v. STATE.

### 7 Div. 207.

Supreme Court of Alabama.
April 23, 1953.

H. C. Orme, Jr., and Lee Porter, Gadsden, for petitioner.

Si Garrett, Atty. Gen., and Arthur Joe Grant, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of William H. Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Smith v. State, 64 So.2d 620.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.